AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No. 1 23-cr-142 |
| | ) Assign to: Judge Dabney L Friedrich |
| DIAMANTE MARKELL HALL | ) Date: 9/12/2023 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| | ) Case Related to 23-cr-142 (DLF) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  DIAMANTE MARKELL HALL,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND FOUR HUNDRED GRAMS OR MORE OF FENTANYL;
21 U.S.C. § 846 - ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE FOUR HUNDRED GRAMS OR MORE OF FENTANYL;
FORFEITURE: 21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2861(c)

Date: 09/12/2023

_Robin M. Meriweather_ Digitally signed by Robin M. Meriweather
*Issuing officer's signature*

City and state: WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 9/12/23, and the person was arrested on *(date)* 9/18/23
at *(city and state)* Washington, DC

Date: 9/18/23

*Arresting officer's signature*

Paul J. West, SA FBI
*Printed name and title*